# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2021

Lyle W. Cayce
Clerk

No. 20-30393
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Manuel King,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:19-CR-85-1

Before Owen, *Chief Judge*, and Ho and Engelhardt, *Circuit Judges*.

Per Curiam:*

Manuel King pleaded guilty pursuant to a plea agreement to three counts of carjacking. He now appeals, challenging the substantive reasonableness of the above-guidelines 240-months sentence of imprisonment imposed by the district court. We affirm.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-30393

This court reviews the substantive reasonableness of a sentence under the abuse-of-discretion standard, whether the sentence is inside or outside of the guidelines range. *United States v. Cisneros-Gutierrez*, 517 F.3d 751, 764 (5th Cir. 2008). Deference is owed to the district court's determination of the appropriate sentence based on the § 3553(a) factors. *United States v. Brantley*, 537 F.3d 347, 349 (5th Cir. 2008). Here, the district court expressly stated that it had considered the § 3553(a) sentencing factors and pointed to King's long, violent criminal history, not all of which was included in his criminal history score. King has not shown the district court failed to consider any significant factors, gave undue weight to any improper factor, or clearly erred in balancing the sentencing factors. *See United States v. Smith*, 440 F.3d 704, 708 (5th Cir. 2006).

AFFIRMED.